■ FREDERICK POLIPO, Appellant, v EDITH SANDERS et al., Respondents. (And a Third-Party Action.) [666 NYS2d 406] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered on or about October 16, 1996, which directed plaintiff to return $577,805.25, plus interest, that had been paid to him in partial satisfaction of a judgment that was later vacated, unanimously affirmed, without costs.

The record is clear that defendants' primary insurance carrier paid plaintiff $577,805.25 in partial satisfaction of a judgment in plaintiff's favor so that plaintiff would not execute on defendants' property pending appeal. Plaintiff's contention that this sum was paid in settlement of any part of the action is without foundation in the record. When the judgment was later reversed and the complaint dismissed (227 AD2d 256, *lv denied* 88 NY2d 812), plaintiff was properly directed to make restitution (CPLR 5015 [d]; *see, Mormilo v Allied Stevedores Corp.*, 8 AD2d 217). Concur—Murphy, P. J., Rosenberger, Ellerin, Rubin and Tom, JJ. *[See,* 170 Misc 2d 833.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK ROYER, Also Known as DERRICK ROYOR, Appellant. [666 NYS2d 402] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered December 15, 1994, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Credibility and identification issues were properly placed before the trier of fact and we find no reason to disturb its findings. Concur—Murphy, P. J., Sullivan, Tom, Mazzarelli and Colabella, JJ.